UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA INEZ VILDOSOLA,<br><br>    Petitioner,<br><br>    v.<br><br>TINA HORNBEAK, Warden,<br><br>    Respondent. | Case No. CV 08-6590-VAP (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections to the Report and Recommendation, and the Court has made a de novo determination of those portions of the Report and Recommendation to which Petitioner has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Respondent's Motion to Dismiss be granted and that the Petition for Writ of Habeas Corpus be denied and dismissed with prejudice.

DATED: April 12, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE