UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA INEZ VILDOSOLA, | Case No. CV 08-6590-VAP (JEM) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TINA HORNBEAK, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus be denied and dismissed with prejudice.

DATED: April 12, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE